AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

FRENCH BULL, LLC, )
)
)
)
*Plaintiff(s)* )
v. )  Civil Action No. 16-cv-1467
)
WAL-MART STORES, INC., IDEA NUOVA, INC., )
BENJAMIN AKKAD a/k/a BENJAMIN ACCAD and )
NATHAN AKKAD a/k/a NATHAN ACCAD )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nathan Akkad a/k/a Nathan Accad
1150 East 8th Street
Brooklyn, NY 11230-4702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Vincenzo M. Mogavero, Esq.
Becker & Poliakoff, LLP
45 Broadway, 8th Floor
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*