UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FRENCH BULL, LLC,

         Plaintiff,

v.

WAL-MART STORES, INC., IDEA NUOVA
INC., BENJAMIN AKKAD a/k/a BENJAMIN
ACCAD and NATHAN AKKAD a/k/a
NATHAN ACCAD,

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 14, 2017

**STIPULATION OF DISMISSAL**

Case No.: 16-cv-1467 (KPF)

The parties, by their counsel, jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss the above-caption lawsuit with prejudice. Upon review of the parties' Release and Settlement Agreement, submitted herewith, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is

**ORDERED, ADJUDGED, and DECREED** that the above-styled case is hereby dismissed with prejudice.

New York, New York
February 13, 2017

JS

BECKER & POLIAKOFF LLP
Counsel for Plaintiffs
By: _____
Oliver Edwards VII (OE1067)
Oedwards7@bplegal.com
45 Broadway, 8th Floor
New York, New York 10006
212-599-3322

BLANK ROME LLP
Counsel for Defendants

By: _____
Samuel D. Levy (SDL9271)
slevy@blankrome.com
405 Lexington Avenue – The Chrysler Bldg.
New York, New York 10174
212-885-5352

148559.00601/104867915v.1

SO ORDERED.

Dated:     February 14, 2017
              New York, New York

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE